IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guadalupe Guerrero,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　　　Defendant. | No. CV-12-00370-TUC-JAS<br><br>**ORDER** |

　　　Pending before the Court is a document entitled "ex parte motion for leave to amend final pretrial order." *See* Doc. 94.  However, it appears that the motion was filed into the public record and that Plaintiff's counsel has already received an electronic notice and copy of the motion via CM/ECF.  As such, IT IS ORDERED that Plaintiff shall file a response by 4/21/15, and the Government shall file a reply by 4/24/15.

　　　Dated this 15th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge