IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guadalupe Guerrero,<br><br>             Plaintiff,<br><br>v.<br><br>United States of America,<br><br>             Defendant. | No. CV-12-00370-TUC-JAS<br><br>**ORDER** |

Upon Motion (Doc. 96) by Plaintiff and no opposition by Defendant, it is hereby ORDERED that Plaintiff's time to respond to Defendant's Motion For Leave to Amend Final Pretrial Order be extended four days from April 21, 2015, to April 24, 2015 and Defendant's Reply from April 24, 2015 to April 29, 2015.

Dated this 17th day of April, 2015.

Honorable James A. Soto
United States District Judge